THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS PARADA, Appellant.

Submitted November 8, 2010; decided November 17, 2010

Motion for assignment of counsel granted only to the extent that Glenn A. Garber, Esq., 350 Broadway, Suite 1207, New York, NY 10013 is assigned without fee to represent appellant

on the appeal herein. Counsel may, however, apply for reimbursement of necessary disbursements incurred in connection with the assignment.